**IN THE UNITED STATES BANKRUPTCY COURT   SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – DAYTON**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Mark O. Fields | | |
| | : | Case No.      18-32643 |
| Debtors | : | Judge   Humphrey |
| | : | **APPRAISAL** |

_____

Now comes  the Debtor, by and through      his      undersigned Counsel, and hereby submits his      appraisal for the real estate located at   3413 Piedmont Avenue, Dayton, Ohio  45416.

Attached hereto is a copy of said Appraisal.

 /s/ Andrew J. Zeigler _____
Andrew J. Zeigler, #0081417
Case Attorney for Debtor
1340 Woodman Drive
Dayton, Ohio  45432
(937) 252-2030
(937) 252-9425 (FAX)
Email:  andrew@kzlawohio.com

**CERTIFICATE OF SERVICE**

I hereby certify that on   September 26, 2018, a copy of the foregoing  Appraisal was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court.

Jeffrey M. Kellner, Chapter 13 Trustee

U.S. Trustee

Federal National Mortgage Association c/o Adam Bradley Hall

Ohio Department of Taxation c/o Bradley C. Smith

 And on the following by ordinary U.S. Mail, postage prepaid, on   September 26, 2018   addressed to:

Mark O. Fields, 3413 Piedmont Avenue, Dayton, Ohio 45416

Synchrony Bank c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA  23541

/s/     Andrew J. Zeigler _____

| CONTACT US | HELP

## MONTGOMERY COUNTY, OHIO

County Auditors Page --- Mobile Site

Home    Property Search    Value Dispute    GIS Mapping    File Downloads

Address    Owner Name    Parcel    Land Use Codes    Advanced Search

- Summary
- Property Description
- Tax Summary
- Payments List
- Levy Distribution
- New Levies
- Special Assessments
- Permits
- Value History
- Rental Registration
- Sketch
- Sales
- Photo
- Tax Detail
- Pay Taxes

PARID: E20 24403 0007
PARCEL LOCATION: 3413 PIEDMONT AVE

NBHD CODE: 54000000

Tax Year: 2018

CURRENT RECORD

1 of 1

Return to Search Results

### Click here to view neighborhood map

## Owner

Name
FIELDS MARK O

Maps

## Mailing

Printable Summary

Printable Version

| Name | FIELDS MARK O |
| Mailing Address | 3413 PIEDMONT AVE |
| City, State, Zip | DAYTON, OH 45416 |

## Legal

| Legal Description | 68 MUMMA EST 4 |

| Land Use Description | R - SINGLE FAMILY DWELLING, PLATTED LOT |
| Acres | .3025 |
| Deed | 2001-00478D003 |
| Tax District Name | HARRISON TWP-DAYTON CSD |

## Sales

| Date | Sale Price | Deed Reference | Seller | Buyer |
|------|-----------|----------------|--------|-------|
| 12-JUL-01 | $15,000 | | RATH LOUIS R JR | FIELDS MARK O |

## Values

******** TENTATIVE VALUES CURRENTLY UPDATING ********

| | 35% | 100% |
|---|-----|------|
| Land | 6,310 | 18,020 |
| Improvements | 28,820 | 82,350 |
| CAUV | 0 | 0 |
| Total | 35,130 | 100,370 |

******** TENTATIVE VALUES CURRENTLY UPDATING ********

## Building

| Exterior Wall Material | ALUMINUM/VINYL |
| Building Style | COLONIAL |
| Number of Stories | 2 |
| Year Built | 2002 |
| Total Rms/Bedrms/Baths/Half Baths | 8/4/3/ |
| Square Feet of Living Area | 2,376 |
| Finished Basemt Living Area (Sq. Ft.) | 0 |
| Rec Room (Sq. Ft.) | 0 |
| Total Square Footage | 2,376 |
| Basement | FULL |
| Central Heat/Air Cond | CENTRAL HEAT WITH A/C |
| Heating System Type | |

Montgomery County

| Heating Fuel Type | GAS |
|---|---|
| Number of Fireplaces(Masonry) | |
| Number of Fireplaces(Prefab) | |

## Current Year Rollback Summary

| Non Business Credit | $0.00 |
|---|---|
| Owner Occupancy Credit | $0.00 |
| Homestead | $0.00 |
| City of Dayton Credit | $0.00 |
| Reduction Factor | $0.00 |

## Tax Summary

| Year | Prior Year | Prior Year Payments | 1st Half Due 2/16/2018 | 1st Half Payments | 2nd Half Due 7/20/2018 | 2nd Half Payments | Total Currently Due |
|---|---|---|---|---|---|---|---|
| 2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



Sorry, no sketch available
for this record



Data Copyright Montgomery County [Disclaimer]  [Privacy Policy]

Site Design Copyright 1999-2013 Tyler Technologies. All rights reserved.