**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

IT IS SO ORDERED.



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: November 27, 2018**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>    Mark O Fields | CASE NO: 18-32643<br>(Chapter 13) |
|             Debtor | JUDGE GUY R. HUMPHREY |

**ORDER CONFIRMING CHAPTER 13 PLAN
AND AWARDING ATTORNEY FEES**

This matter is before the Court on the Chapter 13 Plan submitted by the Debtor and any amendments ("Plan"). Having reviewed the Plan, and noting that any objections have been withdrawn, resolved or overruled, the Court finds that the Plan satisfies the requirements of 11 U.S.C. § 1325. The Plan is **CONFIRMED**, subject to the following:

1.  Any stipulations or other orders entered in this case relating to the Plan are incorporated into this Order.

2.  The Debtor shall make monthly payments to the Trustee until the Plan is completed, for a period not to exceed sixty (60) months. The monthly payments shall be by payroll deduction, unless otherwise ordered by the Court or agreed to by the Trustee. Payments shall be sent to **JEFFREY M KELLNER, CHAPTER 13 TRUSTEE, 1722 SOLUTIONS CENTER, CHICAGO, IL  60677-1007**

3.  All property acquired by the Debtor after the commencement of the case and before the case is closed is within the jurisdiction of the Court.

4.  Except as provided by Local Bankruptcy Rule 6004-1(c)(3), the Debtor shall not sell, dispose of or transfer any property without the written approval of the Trustee or order of the Court. *See* Local Bankruptcy Rule 6005-1(c) and (d).

5.  The Debtor shall fully and timely disclose to the Trustee and file any appropriate notice, application or motion with the Court in the event of any change of the Debtor's address, employment, marital status, or child or spousal support payments.

6.  The Debtor shall keep the Trustee informed as to any claim for or expected receipt of money or property regarding personal injury, workers compensation, social security, buyout, severance package, lottery winning, inheritance, or any other funds to which the Debtor may be entitled to or becomes entitled to receive. Before the matter can be settled and any funds distributed, the Debtor shall comply with all requirements for filing applications or motions for settlement with the Court as may be required by the Bankruptcy Code, the Bankruptcy Rules or the Local Bankruptcy Rules.

7. The Debtor shall not incur any non-emergency consumer debt, including the refinancing of real property debt or purchases on credit in excess of $1000, without the written approval of the Trustee or order of the Court. *See* Local Bankruptcy Rule 4001-3(b).

8. The stay under 11 U.S.C. § 362(a) and, if applicable, 11 U.S.C. § 1301(a) is terminated as to any surrendered property listed in Paragraph 6 of the Plan.

9**.  THE VIOLATION BY THE DEBTOR OF ANY PROVISIONS OF THIS ORDER OR THE PLAN MAY RESULT IN DISMISSAL OF THE CASE OR DENIAL OF DISCHARGE AND OTHER SANCTIONS.**

10.  Unless otherwise ordered by the Court, the attorney for the Debtor is allowed the attorney fee set forth in the *Disclosure of Compensation of Attorney for Debtor and Application for Allowance of Fees in Chapter 13 Case* (LBR Form 2016-1(b)), provided the amount requested does not exceed $3,700. *See* Local Bankruptcy Rule 2016-1(b)(2)(A) and (B) (the "No Look Fee").

**IT IS SO ORDERED.**

Copies:

All Creditors And Parties In Interest.

United States Bankruptcy Court
Southern District of Ohio

In re:                                                                          Case No. 18-32643-grh
Mark O Fields                                                                   Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0648-3          User: shayk               Page 1 of 1                    Date Rcvd: Nov 28, 2018
                              Form ID: pdf13            Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2018.
db           +Mark O Fields,    3413 Piedmont Ave,    Dayton, OH 45416-2111
19459593     +Chase Mortgage,    Mail Code: OH4-7302,    Po Box 24696,    Columbus, OH 43224-0696
19459595     +Federal National Mortgage Association,    14221 Dallas Parkway, Suite 1000,
               Dallas, TX 75254-2946
19553610      Federal National Mortgage Association,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,
               Columbus, OH 43216-5028
19459596     +Harrison Township,    Montgomery County,    5945 North Dixie Drive,    Dayton, OH 45414-4015
19459597     +Hsbc/elder,    Attention: HSBC Retail Services,    Po Box 5264,    Carol Stream, IL 60197-5264
19459598      Manley Deas & Kochalski LLC,    c/o Angela D, Kirk, Esq,    P. O. Box 165028,
               Columbus, OH 43216-5028
19459599     +Montgomery County Common Pleas Court,    41 N. Perry St.,    Dayton, OH 45422-2001
19459600      Montgomery County Treasurer,    451 W. Third St.,    Dayton, OH 45422-0002
19459601     +Ohio Attorney General's Office,    Collections Enforcement Section,    150 E. Gay St., 21st Floor,
               Columbus, OH 43215-3191
19459605     +TekCollect Inc,    Po Box 1269,    Columbus, OH 43216-1269
19459607      Vandalia Municipal Court,    PO Box 429,    Vandalia, OH 45377-0429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2018 20:26:02       Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
19471099      E-mail/Text: mrdiscen@discover.com Nov 28 2018 20:20:41       Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany OH  430543025
19459594     +E-mail/Text: mrdiscen@discover.com Nov 28 2018 20:20:41       Discover Financial,    Po Box 3025,
               New Albany, OH 43054-3025
19459602      E-mail/Text: Bankruptcy.notices@tax.state.oh.us Nov 28 2018 20:24:00
               Ohio Department of Taxation,    Attn: Bankruptcy Division,    P.O. Box 530,
               Columbus, OH 43216-0530
19459603      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2018 20:37:25
               Portfolio Recovery Associates LLC,    PO Box 41067,    Norfolk, VA 23541-1067
19461645     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2018 20:25:38
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
19459606     +E-mail/Text: bankruptcydepartment@tsico.com Nov 28 2018 20:24:14       Transworld System Inc,
               Attn: Bankruptcy,    Po Box 15618,    Wilmington, DE 19850-5618
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19459604      ##Seterus,    Attn: Bankruptcy Dept.,    P.O. Box 2206,    Grand Rapids, MI 49501-2206
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2018 at the address(es) listed below:
              Adam Bradley Hall    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               amps@manleydeas.com
              Andrew  Zeigler    on behalf of Debtor Mark O Fields tdbklaw@gmail.com
              Asst US Trustee (Day)    USTPRegion09.CB.ECF@usdoj.gov
              Bradley C Smith    on behalf of Creditor    Ohio Department of Taxation bsmithagb@flhslaw.com
              Jeffrey M Kellner    ecfclerk@dayton13.com, onelook@dayton13.com
                                                                                               TOTAL: 5